DJW/bh

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**ALVIN ARNOLD, JR,**

       **Plaintiff,**

**v.**

       **CIVIL ACTION**

       **No. 07-3296-KHV-DJW**

**SAM CLINE, Warden,**

       **Defendants.**

## ORDER TO SHOW CAUSE

This matter is before the Court on Plaintiff's Motion for Relief (doc. 14). Plaintiff is proceeding in this action pro se.

Federal Rule of Civil Procedure 7(b)(1) provides that [a]n application to the court for an order shall be by motion which . . . shall state with particularity the grounds therefor, and shall set forth the relief or order sought."[1] Plaintiff is hereby directed to show cause in a pleading filed with the Court by **April 20, 2008**, why his motion should not be denied without prejudice, as the motion does not set forth a valid, understandable request for relief or for order, as required by Rule 7(b)(1).

**IT IS SO ORDERED.**

Dated in Kansas City, Kansas on this 6th day of April 2008.

                                          s/ David J. Waxse
                                          David J. Waxse
                                          U.S. Magistrate Judge

cc:    All counsel and *pro se* parties

---

[1] Fed. R. Civ. P. 7(b)(1).